UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROXANNE JONES

    Plaintiff,

        v.

BERNIE WALKER of Washington
Department of Corrections,

        Defendant.

CASE NO. C11-5658RBL

ORDER

THIS MATTER comes before the above-entitled court *sua sponte*.  On August 26, 2011, this court entered an Order directing plaintiff to file an amended proposed Complaint by September 12, 2011, or face dismissal.  To date, no amended proposed Complaint has been filed. Therefore, plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED and the Complaint is DISMISSED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this  19th  day of September, 2011.

Ronald B. Leighton
United States District Judge

ORDER- 1